```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
```

KERMIT M. MOGILLES                                    CIVIL ACTION

VERSUS                                                NO. 07-6560

ALLSTATE INSURANCE CO.                                SECTION "A"(5)

## **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and plaintiff-in-intervention's failure to object to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the **Motion for Summary Judgment (Rec. Doc. 29)** filed by Kermit M. Mogilles is **GRANTED**.

March 10, 2009

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE